## UNITED STATES *versus* REUBEN STILES AND ARDEN H. BALLARD.

JOURNAL ENTRIES: (1) March 30, 1835: rule to plead; (2) June 1, 1835: motion for judgment, damages to be assessed by jury; (3) June 3, 1835: rule for judgment and assessment of damages.

PAPERS IN FILE (1834–35): (1) Summons and return; (2) declaration; (3) motion for default judgment.

*File No.* 134.

## UNITED STATES *versus* ALVIN NIECE AND ELISHA P. CHAMPLIN.

JOURNAL ENTRIES: (1) March 30, 1835: rule to plead; (2) June 4, 1835: discontinued.

PAPERS IN FILE (1834–35): (1) Summons and return; (2) declaration; (3) pleas of non est factum, payment, and performance.

*File No.* 133.

## UNITED STATES *versus* JOHN G. RICHARDSON AND JEREMIAH TILLOTSON.

JOURNAL ENTRIES: (1) March 30, 1835: rule to plead; (2) June 1, 1835: motion for default judgment and assessment of damages by jury; (3) June 3, 1835: rule for judgment and assessment of damages; (4) Jan. 5, 1836: damages assessed, judgment.

PAPERS IN FILE (1834–36): (1) Summons and return; (2) declaration; (3–4) subpoenas; (5)

motion for default judgment; (6) precipe for fi. fa.; (7) writ of fi. fa. and return.

*File No.* 131.

## UNITED STATES *versus* ARTEMIDORUS TULLER AND EBENEZER ANDERSON.

JOURNAL ENTRIES: (1) March 30, 1835: rule to plead; (2) June 1, 1835: leave given to amend narr.; (3) June 5, 1835: rule to plead to amended narr.

PAPERS IN FILE (1834–37): (1) Summons and return; (2) declaration; (3) pleas of non est factum, performance, etc.; (4) precipe to "transfer the pleas formerly filed, to the amended narr.";
(5–8) subpoenas.

*File No.* 116.

## UNITED STATES *versus* ARTEMIDORUS TULLER AND EBENEZER ANDERSON.

JOURNAL ENTRIES: (1) March 30, 1835: rule to plead; (2) June 4, 1835: jury trial, verdict for plaintiff, attendance of witnesses proved; (3) June 11, 1835: judgment.

PAPERS IN FILE (1834–36): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) pleas of non est factum, performance, etc.; (5–6) subpoenas; (7) precipe for fi. fa.; (8) writ of fi. fa. and return; (9) alias fi. fa. and return.

*File No.* 115.